# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-10211
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 7, 2018

Lyle W. Cayce
Clerk

MIGUEL ANGEL LUNA,

      Plaintiff - Appellant

v.

LUPE VALDEZ, Dallas County Sheriff,

      Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CV-3520

Before REAVLEY, COSTA, and WILLETT, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for essentially the same reasons given by that court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.